IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **FREDIANDO CONTRERAS,** ) | |
| ) | |
| Petitioner/Defendant, ) | |
| ) | **CIVIL NO. 09-cv-1048-MJR** |
| vs. ) | |
| ) | **CRIMINAL NO. 06-cr-30083** |
| **UNITED STATES of AMERICA ,** ) | |
| ) | |
| Respondent/Plaintiff. ) | |

### MEMORANDUM AND ORDER

**REAGAN, District Judge:**

This matter is before the Court on Petitioner's motion for relief pursuant to 28 U.S.C. § 2255. On July 2, 2007, Petitioner pleaded guilty - without benefit of a written plea agreement - to conspiracy to possess with intent to distribute on kilogram or more of heroin, marijuana, or cocaine in violation of 21 U.S.C. §§ 841(a)(1) and 846. On December 17, 2007, Petitioner was sentenced to 210 months imprisonment, 5 years supervised release, and a special assessment of $100. Petitioner filed a direct appeal, but the appeal was dismissed by the Seventh Circuit Court of Appeals. *United States v. Contreras*, No. 07-4014 (7th Cir., dismissing appeal Dec. 4, 2008). Petitioner did not seek certiorari from the Supreme Court of the United States. Petitioner's motion states that he placed it in the prison mail system (addressed to the Court) on December 12, 2007. The the instant motion was received and filed by the Clerk of Court on December 17, 2009.

In his motion the Petitioner raises two grounds of ineffective assistance of counsel.

The Court **ORDERS** the Government to file a response to Petitioner's motion within **THIRTY (30) DAYS** of the date of this Order. The Government shall, as part of its response, attach

all relevant portions of the record.

**IT IS SO ORDERED.**

**DATED this 2nd day of July, 2010.**

<u>s/ Michael J. Reagan</u><br>
**MICHAEL J. REAGAN**<br>
**United States District Judge**